**1566 BRISTOW vs. BOARD OF SUPERVISORS (Macomb), 3 M., 475.**

To compel the board to allow the amount of a claim under R. S. 1846, Sec. 15, p. 163, for caring for a person infected with smallpox.

Granted 1855.

Notwithstanding Sec. 10, Art. X, of the constitution, mandamus will lie to compel the board of supervisors to do what the law unconditionally requires of them. The writ may be resorted to for the enforcement of private rights, when withheld by public officers, especially where by law, no other specific remedy is given.